# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00014-CV

**In re Jaime Luevano**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Jaime Luevano filed a petition for writ of mandamus directed to Texas Governor-elect Greg Abbott. However, we may issue writs of mandamus only against a district judge or county judge sitting in our district, or to enforce our jurisdiction, none of which are implicated here. *See* Tex. Const. art. V, § 6; Tex. Gov't Code § 22.221(b); *see also In re Luevano*, No. 01-13-00455-CR, 2013 Tex. App. LEXIS 7696, at * 1 (Tex. App.—Houston [1st Dist.] June 25, 2013, orig. proceeding).

The petition for writ of mandamus is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   January 14, 2015